CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

JUL 18 2006

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM. NO. 3:99-CR-00078-001 |
| v. | ORDER |
| PAUL VINCENT BROWN, *Defendants.* | JUDGE NORMAN K. MOON |

This matter is before the Court on the government's motion for judgment on forfeiture of bond, filed on May 17, 2006. This motion is hereby GRANTED, and it is ordered that the United States have and recover from the defendant judgment in the amount of $5,000, plus costs and interests, allowing credit for $500 which was deposited on August 30, 2005.

It is so ORDERED.

The Clerk of the Court is directed to send a certified copy of this Order to all counsel of record.

ENTERED: _____
U.S. District Judge

5/18/06
Date